Receipt # 1102181
8/3/11 .79¢

# Thomas J. Gaffney
Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

July 27, 2011



FILED
AUG - 3 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: CERASA, RAYMOND J. /Case # 10-10024
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $0.79. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

__X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant Roundup Funding, LLC     Amount $ 0.79     Claim Register # 7

THOMAS J. GAFFNEY
Trustee

# Claims Distribution Small Checks

**Trustee: THOMAS J. GAFFNEY (520040)**

**Case:** 10-10024 - CERASA, RAYMOND J.

| Account No. | Check No. | Issued Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200358156066 | 113 | 07/27/11 | | Payee: | Clerk, U.S. Bankruptcy Court | | | Check Amount: | $0.79 |
| | | 7 | 06/09/10 | 610 | Roundup Funding, LLC | 59.69 | 59.69 | 0.79 | 0.79 |

(*) Denotes objection to Amount Filed



# Claims Proposed Distribution
## Case: 10-10024 CERASA, RAYMOND J.

Total Proposed Payment: $1,367.39    Remaining Balance: $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | THOMAS J. GAFFNEY <2200-00 Trustee Expenses> | Admin Ch. 7 | 16.54 | 16.54 | 0.00 | 16.54 | 16.54 | 1,350.85 |
|  | THOMAS J. GAFFNEY <2100-00 Trustee Compensation> | Admin Ch. 7 | 341.85 | 341.85 | 0.00 | 341.85 | 341.85 | 1,009.00 |
|  | THOMAS J. GAFFNEY, ESQ. <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 4.42 | 4.42 | 0.00 | 4.42 | 4.42 | 1,004.58 |
|  | THOMAS J. GAFFNEY, ESQ. <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 100.00 | 100.00 | 0.00 | 100.00 | 100.00 | 904.58 |
| **SUBTOTAL FOR ADMIN CH. 7** | | | 462.81 | 462.81 | 0.00 | 462.81 | 462.81 | |
| 1 | Vystar Credit Union | Unsecured | 1,117.42 | 1,117.42 | 0.00 | 1,117.42 | 14.78 | 889.80 |
| 2 | Chase Bank USA, N.A. | Unsecured | 4,265.39 | 4,265.39 | 0.00 | 4,265.39 | 56.42 | 833.38 |
| 3 | Chase Bank USA, N.A. | Unsecured | 12,176.75 | 12,176.75 | 0.00 | 12,176.75 | 161.08 | 672.30 |
| 4 | Partners Financial Services Inc. | Unsecured | 2,075.75 | 2,075.75 | 0.00 | 2,075.75 | 27.46 | 644.84 |
| 5 | DNS Equity Group, Inc. a/a/o US Bank | Unsecured | 5,454.67 | 5,454.67 | 0.00 | 5,454.67 | 72.16 | 572.68 |
| 7 | Roundup Funding, LLC | Unsecured | 59.69 | 59.69 | 0.00 | 59.69 | 0.79 | 571.89 |
| 8-2 | GEMB Lending Inc | Unsecured | 12,374.02 | 12,374.02 | 0.00 | 12,374.02 | 163.69 | 408.20 |
| 9 | Cavalry Portfolio Services, LLC | Unsecured | 17,471.28 | 17,471.28 | 0.00 | 17,471.28 | 231.12 | 177.08 |
| 10 | Fia Card Services, NA/Bank of America | Unsecured | 13,385.94 | 13,385.94 | 0.00 | 13,385.94 | 177.08 | 0.00 |
| **SUBTOTAL FOR UNSECURED** | | | 68,380.91 | 68,380.91 | 0.00 | 68,380.91 | 904.58 | |
| **Total for Case 10-10024:** | | | $68,843.72 | $68,843.72 | $0.00 | $68,843.72 | $1,367.39 | |

## CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims: | $462.81 | $462.81 | $0.00 | $462.81 | 100.000000% |
| Total Unsecured Claims: | $68,380.91 | $68,380.91 | $0.00 | $904.58 | 1.322855% |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:
CERASA, RAYMOND J.

Chapter 7

Case No. 10-10024 CLB

Debtor(s).

## ORDER ALLOWING COMPENSATION
## AND CHAPTER 7 ADMINISTRATIVE EXPENSES

The Court, after having reviewed and considered the request for trustee commissions and expenses of the Chapter 7 Trustee herein, and other applications for fees and expenses, if any, and the Court having considered the request for approval of Chapter 7 administrative expenses paid by the Trustee (as shown on Form II of the Trustee's Final Report) for which approval has not yet been sought, and the Court having considered filed objections, if any, and upon due deliberation, it is

ORDERED that Trustee's commissions and expenses, and other professional's fees and expenses are allowed and approved as follows:

| Applicant(s) | Amounts Allowed | |
|---|---|---|
| | Compensation | Expenses |
| THOMAS J. GAFFNEY<br>Trustee | $ 341.85 | $ 16.54 |
| THOMAS J. GAFFNEY, ESQ.<br>Trustee's Firm Legal | $ 100.00 | $ 4.42 |

and it is further

ORDERED that the Chapter 7 administrative expenses paid by the Trustee (as shown on Form II of the Trustee's Final Report) not yet approved are now allowed and approved, and it is further

ORDERED that the Trustee shall pay the following expenses of administration to the Clerk, U.S. Bankruptcy Court:

| | |
|---|---|
| Notices | $ _____ |
| Claims | $ _____ |
| Complaints | $ _____ |
| Other | $ _____ |
| Total to Clerk | $ 0.00 |

Dated: 6/2/11         JUN 2 8 2011

_____
Honorable CARL L. BUCKI
United States Bankruptcy Judge

FILED
JUN 2 8 2011
BANKRUPTCY COURT
BUFFALO, N.Y.